UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | NO. 10-11350 |
| | * | |
| MARVIN SANDOLPH | * | SECTION A |
| | * | |
| DEBTOR | * | CHAPTER 13 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Debtor's Motion to Approve Settlement and for Distribution of Settlement Proceeds and Payment of Attorney's Fees and costs was scheduled to come before this Court on December 7, 2010.

Considering proper service having been made, no objection having been filed, and the Court being of the opinion that the relief sought is in the best interest of the debtor, creditors, and the estate;

**IT IS ORDERED** that the Motion to Approve Settlement for $59,000.00 from the lawsuit entitled Marvin Sandolph v. Joe Gilles, et al, 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Case No. 662-887, and for Distribution is GRANTED.

**IT IS FURTHER ORDERED** and that Christopher H. Sherwood and Warren A. Forstall, Jr., are allowed to retain their fees in the amount of $19,000.00, their costs in the amount of $2,287.40, the healthcare providers their expenses in the amount of $7,813.03, and forward the remaining balance of the funds in the amount of $29,899.57 to the Chapter 13 Trustee, S.J. Beaulieu, Jr. for administration.

New Orleans, Louisiana, December 10, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge