**Form odc13grL**

# United States Bankruptcy Court
Eastern District of Louisiana

IN RE:
Marvin Sandolph            CASE NO. 10–11350

DEBTOR(S)            CHAPTER 13    SECTION A

## ORDER

### Failure to Make a Payment within 30 days

    The Motion to Compel Compliance Or Alternatively, Motion to Dismiss Case filed by Trustee came up for hearing on the 21st day of December, 2010;

    Present at the hearing were:

    S. J. Beaulieu, Jr., Chapter 13 Trustee

    Elisabeth D. Harrington, Counsel for Debtor(s)

    No Objection to the Motion having been filed by Counsel for Debtor(s);

    The Court having considered the merits of the Motion, the arguments of the Trustee and Counsel for Debtor(s) as well as the evidence, stipulations and representations of both;

    **IT IS ORDERED,** that the Motion to Compel Compliance Or Alternatively, Motion To Dismiss Case is **GRANTED** and this case is **DISMISSED**.

    **IT IS FURTHER ORDERED,** that the automatic stay pursuant to 11 U.S.C. §362 is vacated and set aside.

    New Orleans, Louisiana, December 27, 2010.

Hon. Elizabeth W. Magner
United States Bankruptcy Judge